No. A–655 (76–1193). ROBB, FORMER DIRECTOR OF DEPARTMENT OF MENTAL HEALTH, ET AL. *v.* KENNEDY. Application for recall and stay of mandate of the United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–709. MELVIN *v.* UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the First Circuit and for bail pending timely filing of a petition for writ of certiorari, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 75–1605. NIXON *v.* ADMINISTRATOR OF GENERAL SERVICES ET AL. Appeal from D. C. D. C. Cir. [Probable jurisdiction noted, 429 U. S. 976.] Motion of appellees for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Appellant also allotted 15 additional minutes for oral argument.

No. 75–1771. COMMISSIONER OF INTERNAL REVENUE *v.* STANDARD LIFE & ACCIDENT INSURANCE CO. C. A. 10th Cir. [Certiorari granted, 429 U. S. 814.] Motion of Lincoln National Life Insurance Co. for leave to file a brief as *amicus curiae* granted.

No. 76–422. DOTHARD, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF ALABAMA, ET AL. *v.* RAWLINSON ET AL. Appeal from D. C. M. D. Ala. [Probable jurisdiction noted, 429 U. S. 976.] Motions of Women's Legal Defense Fund et al. and American Civil Liberties Union for leave to file briefs as *amici curiae* granted.